IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES ROBINSON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 09cv1237 |
| GC SERVICES, LP | * | Judge Catherine C. Blake |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Charles Robinson and Defendant GC Services, LP, by undersigned counsel, hereby stipulate to the dismissal with prejudice of any and all claims alleged or asserted in the above-captioned action.

_____
Forrest Mays (Bar No. 07510)
Suite 90
2341 North Forest Drive
Annapolis, Maryland 21401
Tel.: (410) 267-6297
Fax: (410) 267-6234
mayslaw@mac.com
*Counsel for Plaintiff*

_____
Joseph G. Cleaver (Bar No. 28741)
*KRAMER & CONNOLLY*
Suite 211
500 Redland Court
Owings Mills, Maryland 21117
Tel.: (410) 581-0070
Fax: (410) 581-1524
jgc@kramerslaw.com
*Counsel for Defendant GC Services, LP*

**SO ORDERED:**

_____
Judge Catherine C. Blake

_____
Date

E:\OFFICE\CASES\207-049\stip_and_order_of_dismissal.wpd